TRAVIS SCOTT LAYNE
Name

1001 S SETH CHILD

MANHATTAN, KS 66502
Address

FILED
MAY 02 2025
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

TRAVIS SCOTT LAYNE, Plaintiff
(Full Name)

V.

STATE OF KANSAS, ET AL., Defendant(s)
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES.

CASE NO. 25-3069-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) TRAVIS SCOTT LAYNE, is a citizen of CALIFORNIA
   (Plaintiff)                              (State)

   who presently resides at 1001 S SETH CHILD, MANHATTAN, KS 66502
                            (Mailing address or place of confinement.)

2) Defendant STATE OF KANSAS is a citizen of
             (Name of first defendant)

   TOPEKA, KS, and is employed as
   (City, State)

   TWENTY-FIRST DISTRICT COURT. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   PROSECUTION WAS COMMENCED AND CONTINUED IN THE
   NAME OF THE STATE USING STATE LAW AS ITS
   GROUNDS FOR PROSECUTION.

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983                    1

3) Defendant <u>JEREMY LARCHICK</u> is a citizen of
   (Name of second defendant)

   <u>UNKNOWN, KANSAS</u>, and is employed as
   (City, state)

   <u>RILEY COUNTY DISTRICT MAGISTRATE</u>. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   LARCHICK COMMITTED THE FOLLOWING VIOLATIONS WHEN HE BOUND THE PLAINTIFF OVER WHILE PURPORTING TO ACT IN THE PERFORMANCE OF HIS OFFICIAL DUTIES.

   (Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.)

   NONE.

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   I WAS CONVICTED OF THE OFFENSE REQUIRING ME TO REGISTER IN SHAWNEE COUNTY.

   I WAS KNOWN TO BE RESIDING AND WORKING IN CALIFORNIA.

   I WAS NOT RESIDING, WORKING, ATTENDING SCHOOL, OR IN ANY OTHER MANNER LOCATED IN RILEY COUNTY. RILEY COUNTY LACKS JURISDICTION PURSUANT TO K.S.A. 22-4903(d)

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: AMENDMENTS V + XIV - DEPRIVATION OF LIBERTY WITHOUT DUE PROCESS OF LAW.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): JEREMY LARCHICK AND JOHN GRIFFIN PRESIDED OVER AND PROSECUTED, RESPECTIVELY, OVER MY PRELIMINARY HEARING AT WHICH EVIDENCE AND TESTIMONY OF STATE WITNESSES PROVED THAT RILEY COUNTY LACKS JURISDICTION PER K.S.A. 22-4903(d). WITHOUT JURISDICTION THE COURT WAS UNABLE TO SERVE ME WITH PROCESS. LEWISON AND TROCHECK CONTINUED

B) (1) Count II: AMENDMENT VI - DEPRIVATION OF RIGHT TO TRIAL BY A JURY OF THE STATE AND DISTRICT WHEREIN THE CRIME WAS COMMITTED.

(2) Supporting Facts: KNOWN TO ALL DEFENDANTS, I WAS RESIDING IN CALIFORNIA AND THEREFORE UNABLE TO COMMIT THE CRIME IN RILEY COUNTY.

C) (1) Count III: AMENDMENT VIII -

EXCESSIVE BAIL IS BEING REQUIRED

_____

(2) Supporting Facts: THE COUNTY LACKS JURISDICTION AND

THEREFORE I AM REQUIRED TO PAY $50,000 FOR BAIL

TO BE RELEASED FROM UNLAWFUL IMPRISONMENT BY

THE STATE.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: N/A

        Defendants: N/A

    b) Name of court and docket number  N/A

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/A

    d) Issues raised  N/A

4

XE-2 8/82        CIVIL RIGHTS COMPLAINT §1983

  e) Approximate date of filing lawsuit    N/A

  f) Approximate date of disposition    N/A

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I HAVE INFORMED KENDRA LEWISON, JEREMY LARCHICK, CHRISTINA TROCHECK, AND KRIS KOBACH OF THESE ISSUES IN WRITING. KENDRA LEWISON DENIED TO PASS JUDGMENT; CHRISTINA TROCHECK DENIES ALLEGATIONS; AND, NEITHER KRIS KOBACH NOR JEREMY LARCHICK RESPONDED.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

DISMISSAL WITH PREJUDICE

LOST WAGES     $109,200

COSTS OF INCARCERATION     $3,600

PAIN AND SUFFERING     $200,000

PUNITIVE DAMAGES     250,000

_____N/A_____        _____[signature]_____
Signature of Attorney (if any)        Signature of Plaintiff

_____N/A_____

_____N/A_____

_____N/A_____
(Attorney's full address and telephone number)

Scott Layne
25-3069-JWL

3) Defendant John Griffin is a citizen of Unknown, Kansas, and is employed as Assistant County Attorney. At the time the claims alleged in this complaint arose was this defendant acting under the color of state law? ☒ Yes ☐ No

Griffin committed the following violations when he prosecuted the plaintiff while purporting to act in the performance of his official duties.

Defendant Kendra Lewison is a citizen of Unknown, Kansas, and is employed as Riley County District Judge. At the time the claims alleged in this complaint arose was this defendant acting under the color of state law? ☒ Yes ☐ No

Lewison committed the following violations when she continued to allow prosecution of the plaintiff while purporting to act in the performance of her official duties.

Defendant Christina Trocheck is a citizen of Unknown, Kansas, and is employed as Assistant County Attorney. At the time the claims alleged in this complaint arose was this defendant acting under color of state law? ☒ Yes ☐ No

Trocheck committed the following violations when she continued prosecution of the plaintiff while purporting to act in the performance of her official duties.